**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **THERMOLIFE INTERNATIONAL, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**HI-TECH PHARMACEUTICALS, INC.**; **JARED WHEAT**; **A1 SUPPLEMENTS, INC.**; **DPS NUTRITION**; **SUPPLEMENT CENTRAL**; **I-SUPPLEMENTS.COM**; **EVITAMINS**; **SUPPZ, INC.**; **SUPPLEMENTWAREHOUSE.COM**; **ISLAND SUPPLEMENTS**; **NETNUTRI**; **MUSCLE FOODS USA**; **BLACK DIAMOND SUPPLEMENTS**; and **NUTRITION JUNGLE**,<br><br>Defendants. | Case No.: 1:15-cv-00892-ELR |

**THIRD-PARTY DEFENDANT RON KRAMER'S MOTION TO DISMISS HI-TECH PHARMACEUTICALS, INC.'S COMPLAINTS UNDER FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Third-Party Defendant Ron Kramer hereby moves the Court to dismiss Counts I-X of Defendant Hi-Tech Pharmaceuticals, Inc.'s ("Hi-Tech's") Original Third-Party Complaint (Dkt. No. 20) and Counts I-X and XIII-XIV of Hi-Tech's

Amended Third-Party Complaint (Dkt. No. 126) for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. Mr. Kramer seeks relief in the form of an order dismissing the Counts in their entirety, with prejudice. This Motion is based on Mr. Kramer's Brief in Support of His Motion to Dismiss, and such other matters that may come before the Court prior to its disposition.

Respectfully submitted this 21st day of September, 2015.

*/s/ Jason P. Grier*
Katrina M. Quicker
Ga. Bar No. 590859
Jason P. Grier
Ga. Bar No. 869343
BAKER & HOSTETLER LLP
1180 Peachtree Street, NE, Suite 1800
Atlanta, GA 30309-7512
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
kquicker@bakerlaw.com
jgrier@bakerlaw.com

Kalman Magyar (admitted *pro hac vice*)
MAGYAR & BOGLE
300 International Drive, Suite 100
Williamsville, NY 14221
Telephone: (647) 300-6163
kalman@magyarbogle.com

*Attorneys for Plaintiff ThermoLife International, LLC*

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing THIRD-PARTY DEFENDANT RON KRAMER'S MOTION TO DISMISS HI-TECH PHARMACEUTICALS, INC.'S COMPLAINTS UNDER FED. R. CIV. P. 12(b)(2) AND 12(b)(6) complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

*/s/ Jason P. Grier*
Jason P. Grier
Ga. Bar No. 869343
BAKER & HOSTETLER LLP
1180 Peachtree Street, NE, Suite 1800
Atlanta, GA 30309-7512
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
jgrier@bakerlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 21st day of September 2015, I have electronically filed the foregoing THIRD-PARTY DEFENDANT RON KRAMER'S MOTION TO DISMISS HI-TECH PHARMACEUTICALS, INC.'S COMPLAINTS UNDER FED. R. CIV. P. 12(b)(2) AND 12(b)(6) with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Jason P. Grier*

Jason P. Grier
Ga. Bar No. 869343
BAKER & HOSTETLER LLP
1180 Peachtree Street, NE, Suite 1800
Atlanta, GA 30309-7512
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
jgrier@bakerlaw.com