# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**THERMOLIFE INTERNATIONAL, LLC**,

Plaintiff,

v.

**HI-TECH PHARMACEUTICALS, INC.**; **JARED WHEAT**; **A1 SUPPLEMENTS, INC.**; **DPS NUTRITION**; **SUPPLEMENT CENTRAL**; **I-SUPPLEMENTS.COM**; **EVITAMINS**; **SUPPZ, INC.**; **SUPPLEMENTWAREHOUSE.COM**; **ISLAND SUPPLEMENTS**; **NETNUTRI**; **MUSCLE FOODS USA**; **BLACK DIAMOND SUPPLEMENTS**; and **NUTRITION JUNGLE**,

Defendants.

Case No.: 1:15-cv-00892-ELR

**DECLARATION OF RON KRAMER IN SUPPORT OF HIS**
**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Ron Kramer declare as follows:

1. I am the president and CEO of ThermoLife International, LLC ("ThermoLife"), plaintiff in the above-captioned matter. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. I do not live, and have never lived, in the State of Georgia.

3. I do not own, possess, or control, nor have I ever owned, possessed, or controlled, any real or personal property in the State of Georgia.

4. I do not have, nor have I ever had, an address, telephone number, or telephone listing in the State of Georgia.

5. I do not have, nor have I ever had, any bank accounts in the State of Georgia.

6. I do not pay, nor have I ever paid, taxes in or to the State of Georgia.

7. I do not own, nor have I ever owned, any vehicles registered in the State of Georgia.

8. I have not now, nor have I ever, committed a tort, in whole or in part, within the State of Georgia.

9. I do not market, distribute, or sell goods or services, nor have I ever, marketed, distributed, or sold goods or services in the State of Georgia in an individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of September, 2015, in Venice, California.

__________________________

Ron Kramer