IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **THERMOLIFE INTERNATIONAL, LLC,**<br><br>　　　　Plaintiff,<br>　　v.<br><br>**HI-TECH PHARMACEUTICALS, INC.,** *et. al.*<br><br><br><br>　　　　Defendants. | Case Nos.:<br>1:15-CV-00892-ELR<br>**LEAD CASE**<br><br>1:15-CV-00893-ELR<br>1:15-CV-00894-ELR<br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

## (PATENT LOCAL RULE 6.3)

Pursuant to the Court's Patent Local Rule 6.3, Plaintiff ThermoLife International, LLC ("ThermoLife") and Defendants Hi-Tech Pharmaceuticals, Inc., et al, ("Defendants") (collectively "the Parties") hereby submit their Joint Claim Construction Statement pursuant to Patent Local Rule 6.3.

**Exhibit A** to this Joint Claim Construction Statement contains the list of claim terms, phrases, or clauses on which the Parties agree.

**Exhibit B** to this Joint Claim Construction Statement contains Plaintiff ThermoLife's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or

1

prosecution history that support that construction, and an identification of any extrinsic evidence known to ThermoLife on which it intends to rely either to support its proposed construction or to oppose Defendants' proposed construction.

**Exhibit C** to this Joint Claim Construction Statement contains Defendants' proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to Defendants on which they intend to rely either to support their proposed construction or to oppose ThermoLife's proposed construction.

**Exhibit D** to this Joint Claim Construction Statement includes the *curriculum vitae* of Dr. Richard Chamberlin and a summary of his expert opinions that ThermoLife intends to offer – either live or through declaration – at the Claim Construction Hearing.

The Parties anticipate that 3 hours will be necessary for the Claim Construction Hearing.

In advance of the Claim Construction Hearing, the Parties may revise, supplement, delete from, amend, or otherwise modify the attached lists or the proposed constructions therein to the extent allowed by the Federal Rules of Civil Procedure and the Court's Local Rules and Patent Local Rules.

Dated:  March 28, 2018                Respectfully submitted,

                                      */s/ Nathaniel L. Dilger*

Nathaniel L. Dilger (*Pro Hac Vice* Pending)
(California Bar No. 196203)
One LLP
4000 MacArthur Blvd., Suite 500
East Tower
Newport Beach, CA. 92660
Telephone: (949) 502-2875
Facsimile: (949) 258-5081
Email: ndilger@onellp.com

Cammi R. Jones (GA Bar No. 398999)
FisherBroyles, LLP
Northpark Town Center
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, GA 30328
Telephone: (404) 551-3585
Facsimile: (404) 478-6834
Email: cammi.jones@fisherbroyles.com

*Attorneys for Plaintiff, ThermoLife International, LLC*

*/s/ Gregory L. Hillyer*
Gregory L. Hillyer (*pro hac vice*)
ghillyer@brinksgilson.com
Evi T. Katsantonis (*pro hac vice*)
ekatsantonis@brinksgilson.com
BRINKS GILSON & LIONE
1775 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20006
Telephone No. (202) 296-8700

Arthur W. Leach (Georgia Bar No. 442025)
C.L. Parker (Georgia Bar No. 722011)
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel:404-786-6443 Art@ArthurWLeach.com
CL@clparkerllc.com
*Counsel for Defendants*

3

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing JOINT CLAIM CONSTRUCTION STATEMENT complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

*/s/ Nathaniel L. Dilger*
Nathaniel L. Dilger (*Pro Hac Vice* Pending)
(California Bar No. 196203)
One LLP
4000 MacArthur Blvd., Suite 500
East Tower
Newport Beach, CA. 92660
Telephone: (949) 502-2875
Facsimile: (949) 258-5081
Email: ndilger@onellp.com

Cammi R. Jones (GA Bar No. 398999)
FisherBroyles, LLP
Northpark Town Center
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, GA 30328
Telephone: (404) 551-3585
Facsimile: (404) 478-6834
Email: cammi.jones@fisherbroyles.com

*Attorneys for Plaintiff, ThermoLife International, LLC*

*/s/ Gregory L. Hillyer*
Gregory L. Hillyer (*pro hac vice*)
ghillyer@brinksgilson.com
Evi T. Katsantonis (*pro hac vice*)
ekatsantonis@brinksgilson.com

>BRINKS GILSON & LIONE
>1775 Pennsylvania Avenue, N.W., Suite 900
>Washington, D.C. 20006
>Telephone No. (202) 296-8700
>
>Arthur W. Leach (Georgia Bar No. 442025)
>C.L. Parker (Georgia Bar No. 722011)
>The Law Office of Arthur W. Leach
>5780 Windward Parkway, Suite 225
>Alpharetta, Georgia 30005
>Tel:404-786-6443 Art@ArthurWLeach.com
>CL@clparkerllc.com
>
>*Counsel for Defendants*