IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>HI-TECH PHARMACEUTICALS, INC.; JARED WHEAT; A1 SUPPLEMENTS, INC.; DPS NUTRITION; SUPPLEMENT CENTRAL; I-SUPPLEMENTS.COM; EVITAMINS; SUPPZ, INC.; SUPPLEMENTWAREHOUSE.COM; ISLAND SUPPLEMENTS; NETNUTRI; MUSCLE FOODS USA; BLACK DIAMOND SUPPLEMENTS; and NUTRITION JUNGLE,<br><br>   Defendants. | Case No.: 1:15-cv-00892-ELR |

**MOTION TO WITHDRAW APPEARANCE OF CO-COUNSEL**

In accordance with Local Rule 83.1(E), Jason P. Grier of the law firm of BakerHostetler LLP hereby moves the Court to withdraw his appearance as co-counsel for Plaintiff ThermoLife International, LLC in this matter. Plaintiff will continue to be represented by: (1) Nathaniel L. Dilger of the law firm One LLP; (2) Cammi Ryan Jones and Thomas Charles Lundin, Jr. of the law firm FisherBroyles, LLP; and (3) Kalman Magyar of the law firm Magyar, Bogle & O'Hara LLP, who

all previously appeared. There are no pending deadlines or dates of any scheduled proceedings that would be affected by the withdrawal of Jason P. Grier.

A proposed Order on this Motion is attached.

WHEREFORE, Jason P. Grier respectfully requests that the Court enter an order that the parties shall take notice of his withdrawal, direct the Court Clerk to remove Jason P. Grier as counsel of record, and direct the Court Clerk and all parties to send all further notices and communications for Plaintiff to attorneys Nathaniel L. Dilger, Cammi Ryan Jones, Thomas Charles Lundin, Jr., and Kalman Magyar.

Respectfully submitted this 13th day of April 2018.

          **BAKER & HOSTETLER, LLP**

          */s/ Jason P. Grier*
          Jason P. Grier
          Georgia Bar No. 869343
          1170 Peachtree Street, N.E.
          Suite 2400
          Atlanta, Georgia 30309-7676
          404.459.0050 (telephone)
          404.459.5734 (facsimile)
          jgrier@bakerlaw.com

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1.C.

Dated: April 13, 2018.

*/s/ Jason P. Grier*
Jason P. Grier
Georgia Bar No. 869343
Baker & Hostetler, LLP
1170 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30309
404.459.0050 (telephone)
404.459.5734 (facsimile)
jgrier@bakerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing **Motion to Withdraw Appearance of Co-Counsel** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Dated: April 13, 2018.

*/s/ Jason P. Grier*
Jason P. Grier
Georgia Bar No. 869343
Baker & Hostetler, LLP
1170 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30309
404.459.0050 (telephone)
404.459.5734 (facsimile)
jgrier@bakerlaw.com