# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **THERMOLIFE INTERNATIONAL, LLC,** | ) ) ) |
| Plaintiff, | ) **CASE NO.: 1:15-cv-00892-ELR** ) (Lead Case) ) |
| | ) 1:15-cv-00893-ELR ) |
| | ) 1:15-cv-00894-ELR ) |
| v. | ) ) |
| **HI-TECH PHARMACEUTICALS, INC.,** *et al.* | ) ) ) |
| Defendants. | ) ) |

**PARTIES JOINT SUBMISSION OF PROPOSED SPECIAL MASTERS**

Pursuant to the Court's order dated July 5, 2018, the parties jointly submit the following *two* proposed special masters for consideration by the Court:

1. Tony Askew
   Meunier Carlin & Curfman, LLC
   999 Peachtree St NE #1300,
   Atlanta, GA 30309
   Phone: (404) 645-7709
   taskew@mcciplaw.com
   www.mcciplaw.com/attorneys/anthony-tony-b-askew/

2. Joseph Berenato
   Berenato & White, LLC
   6550 Rock Spring Drive
   Suite 240
   Bethesda, MD 20817
   (240) 330-4520
   jberenato@bw-iplaw.com
   http://www.bw-iplaw.com/joseph-w-berenato-iii-attorney
   https://www.linkedin.com/in/josephberenato/

The parties have met and conferred regarding each side's proposed Special Master candidates and have narrowed down that list to the above two candidates.  The parties have agreed that both of the above two candidates are acceptable and leave it to the Court's discretion regarding which one of the above candidates shall be selected and serve in this role.

Dated: July 26, 2018

                                                  Respectfully submitted,

                                                  */s/ Nathaniel L. Dilger*

Nathaniel L. Dilger
California Bar No. 196203
Admitted *Pro Hac Vice*
One LLP
4000 MacArthur Boulevard
Newport Beach, California 92660
Tel: 949-502-2870
ndilger@onellp.com

*/s/Cammi R. Jones*
Cammi R. Jones (GA Bar No. 398999)
Fisher Broyles, LLP
Northpark Town Center
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, GA 30328
Telephone: (404) 551-3585
Facsimile: (404) 478-6834
Email: cammi.jones@fisherbroyles.com

*Attorneys for Plaintiff, ThermoLife International, LLC*

*/s/ Gregory L. Hillyer*
Hillyer Legal, PLLC
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
ghillyer@hillyerlegal.com

Arthur W. Leach (Georgia Bar No. 442025)
C.L. Parker (Georgia Bar No. 722011)
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel:404-786-6443 Art@ArthurWLeach.com
CL@clparkerllc.com
*Counsel for Defendants*

2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing PARTIES JOINT SUBMISSION OF PROPOSED SPECIAL MASTERS; complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

Dated: July 26, 2018

/s/Nathaniel L. Dilger
Nathaniel L. Dilger
(California Bar No. 196203)
Admitted *Pro Hac Vice*
One LLP
4000 MacArthur Blvd., Suite 500
East Tower
Newport Beach, CA. 92660
Telephone: (949) 502-2875
Facsimile: (949) 258-5081
Email: ndilger@onellp.com

*/s/Cammi R. Jones*
Cammi R. Jones (GA Bar No. 398999)
Fisher Broyles, LLP
Northpark Town Center
1200 Abernathy Road
Building 600, Suite 1700
Atlanta, GA 30328
Telephone: (404) 551-3585
Facsimile: (404) 478-6834
Email: cammi.jones@fisherbroyles.com

*Attorneys for Plaintiff, ThermoLife International, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PARTIES JOINT SUBMISSION OF PROPOSED SPECIAL MASTERS was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: July 26, 2018

/s/Nathaniel L. Dilger
Nathaniel L. Dilger