**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **THERMOLIFE INTERNATIONAL, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.: 1:15-cv-00892-ELR** |
| **v.** | ) | **(Lead Case)** |
| | ) | |
| **HI-TECH PHARMACEUTICALS, INC., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION OF THIRD-PARTY DEFENDANT RON KRAMER TO DISMISS SECOND AMENDED THIRD PARTY COMPLAINT**

Ron Kramer, named as Third-Party Defendant in the Second Amended Third-Party Complaint (Dkt. No. 320) filed by Defendant and Third-Party Plaintiff Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), by and through his undersigned counsel and in accordance with Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Court for an Order dismissing with prejudice Count Nos. I-X and XIII-XIV of the Second Amended Third-Party Complaint ("SATPC")[1] for lack of personal jurisdiction and failure to state a claim upon

[1] Count Nos. I-X and XII-XIV are the only counts asserted against Mr. Kramer in "Hi-Tech Pharmaceutical, Inc.'s Second Amended Counterclaims Against Thermolife International, LLC And Second Amended Third-Party Complaint Against Ron Kramer"; Count Nos. XII and XIII are counterclaims asserted only against Thermolife International, LLC. [Dkt. 320 at 14, 67-68]

which relief can be granted. This Motion is based on the Memorandum Of Law In Support Of Ron Kramer's Motion To Dismiss Second Amended Third-Party Complaint, as well as the Memorandum Of Law In Support Of Thermolife International LLC's Motion To Dismiss Counts I-X And XIII-XIV Of Second Amended Counterclaims, both of which are being filed concurrently herewith, and such other matters that may come before the Court prior to its disposition.

Respectfully submitted, this 2d day of March, 2019


*<u>/s/Thomas C. Lundin Jr.</u>*
Thomas C. Lundin Jr. (GA Bar No. 461141)
FisherBroyles LLP
111 Favre St.
Waveland, MS 39576
Telephone: (678) 778-8857
Email: tom.lundin@fisherbroyles.com

Cammi R. Jones (GA Bar No. 398999)
FisherBroyles LLP
945 East Paces Ferry Road, Ste. 2000
Atlanta, GA 30326
Telephone: (404) 551-3585
Facsimile: (404) 478-6834
Email: cammi.jones@fisherbroyles.com

Nathaniel L. Dilger (admitted *Pro Hac Vice*)
(California Bar No. 196203)
One LLP
4000 MacArthur Blvd., Suite 500
East Tower
Newport Beach, CA. 92660

Telephone: (949) 502-2875
Facsimile: (949) 258-5081
Email: ndilger@onellp.com

*Attorneys for Plaintiff, ThermoLife International, LLC*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1C. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

Dated: March 2, 2019

*/s/Thomas C. Lundin Jr.*
Thomas C. Lundin Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

Dated: March 2, 2019

*/s/Thomas C. Lundin Jr.*
Thomas C. Lundin Jr.