**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **THERMOLIFE INTERNATIONAL, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.: 1:15-cv-00892-ELR** |
| **v.** | ) | **(Lead Case)** |
| | ) | |
| **HI-TECH PHARMACEUTICALS, INC., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF RON KRAMER IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Ron Kramer, being over the age of twenty-one (21), declare as follows:

1. I am President and Chief Executive Officer of ThermoLife International, LLC ("ThermoLife"), plaintiff in the above-captioned matter. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. I do not live, and have never lived, in the State of Georgia.

3. I do not own, possess, or control, nor have I ever owned, possessed, or controlled, any real or personal property in the State of Georgia.

4. I do not have, nor have I ever had, an address, telephone number, or telephone listing in the State of Georgia.

5. I do not have, nor have I ever had, any bank accounts in the State of Georgia.

6. I do not pay, nor have I ever paid, taxes in or to the State of Georgia.

7. I do not own, nor have I ever owned, any vehicles registered in the State of Georgia.

8. I have not now, nor have I ever, committed a tort, in whole or in part, within the State of Georgia.

9. I do not market, distribute, or sell goods or services, nor have I ever, marketed, distributed, or sold goods or services in the State of Georgia in an individual capacity.

10. In connection with a previous motion [Dkt. No. 53] to dismiss previous third-party claims filed by defendant Hi-Tech Pharmaceuticals, Inc. [Dkt. No. 45] in Case No. 1:15-cv-00894-ELR, now consolidated with this matter, I submitted a declaration dated September 21, 2015 (attached hereto as Exhibit A), containing the same statements as set forth above. The statements in my September 21, 2015 declaration were true at that time and remain true today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of February, 2019, in Venice, California.



Ron Kramer

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **THERMOLIFE INTERNATIONAL, LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**HI-TECH PHARMACEUTICALS, INC.** and **JARED WHEAT,**<br><br>Defendants. | Case No.: 1:15-cv-00894-ELR |

**DECLARATION OF RON KRAMER IN SUPPORT OF HIS**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

I, Ron Kramer declare as follows:

1. I am the president and CEO of ThermoLife International, LLC ("ThermoLife"), plaintiff in the above-captioned matter. I have personal knowledge of the facts stated herein and, if called as a witness, would competently testify thereto.

2. I do not live, and have never lived, in the State of Georgia.

3. I do not own, possess, or control, nor have I ever owned, possessed, or controlled, any real or personal property in the State of Georgia.

4. I do not have, nor have I ever had, an address, telephone number, or telephone listing in the State of Georgia.

5. I do not have, nor have I ever had, any bank accounts in the State of Georgia.

6. I do not pay, nor have I ever paid, taxes in or to the State of Georgia.

7. I do not own, nor have I ever owned, any vehicles registered in the State of Georgia.

8. I have not now, nor have I ever, committed a tort, in whole or in part, within the State of Georgia.

9. I do not market, distribute, or sell goods or services, nor have I ever, marketed, distributed, or sold goods or services in the State of Georgia in an individual capacity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of September, 2015, in Venice, California.

Ron Kramer