IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:15-CV-00892-ELR (Lead case) |
| HI-TECH PHARMACEUTICALS, INC., et al., | * * * | |
| Defendants. | * * | |

_____

**O R D E R**

_____

This case comes before the Court on Defendants' Motion to Continue Trial Date. [Doc. 508.] On September 19, 2023, the Parties submitted their Consolidated Pretrial Order. [Doc. 497.] On April 8, 2025, the Court scheduled a jury trial for September 15, 2025. [Doc. 507.]. On April 11, 2025, Defendants filed a Motion to Continue Trial Date based on the pendency of Defendants' criminal trial (*U.S. v Hi-Tech, et al.*, Case No. 1:17-cr-00229-AT, N.D. Ga.) which has now been scheduled for trial before Judge Amy Totenberg to begin on October 20, 2025. [1:17-cr-00229-AT, Doc. 549.] According to Defendants, the criminal case has been pending since July 28, 2017; is expected to last several months; and there is substantial overlap of the parties, potential witnesses and counsel in both cases. [Doc. 508.]

The Court agrees that for the sake of judicial efficiency, the present case should be held in abeyance pending resolution of the criminal trial before Judge Totenberg.

Accordingly, the Court **GRANTS** Defendant's Motion to Continue Trial [Doc. 508]. Thus, this case will remain on the Court's inactive docket pending resolution of criminal case 1:17-cr-00229-AT. The Court **DIRECTS** the Parties to jointly file a notice with the Court regarding the status of this case within thirty (30) days of the resolution of 1:17-cr-00229-AT.

**SO ORDERED**, this 16th day of April, 2025.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia