# EXHIBIT A

| | |
|---|---|
| **From:** | Timothy Devlin |
| **To:** | Gregory Hillyer |
| **Cc:** | Nick Sullivan; Timothy Devlin |
| **Subject:** | Re: ThermoLife v. Hi-Tech -- Defendants" Technical Expert |
| **Date:** | Friday, May 22, 2026 11:18:34 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Greg.  Apologies I've been underwater since getting back from Asia.  Thanks for the reminder.  We'll get back to you early next week.

Thanks much,
Tim



**Timothy Devlin**

1526 Gilpin Ave, Wilmington, DE 19806
☐ (302) 388-0638

**From:** Gregory Hillyer <ghillyer@hillyerlegal.com>

**Date:** Friday, May 22, 2026 at 10:52 AM

**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>

**Cc:** Nick Sullivan <nsullivan@hillyerlegal.com>

**Subject:** RE: ThermoLife v. Hi-Tech -- Defendants' Technical Expert

Tim, we have yet to receive ThermoLife's position regarding the below proposal. As you know, we need to notify the court about the situation and have adequate time to carry out the necessary tasks. Accordingly, if we do not hear from you by next week, we intend to file a motion requesting the relief outlined.  Obviously, it makes much more sense to reach an agreement and we remain hopeful that we can do so in the short term. Thanks, Greg.

**From:** Nick Sullivan <nsullivan@hillyerlegal.com>

**Sent:** Monday, April 13, 2026 2:31 PM

**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>

**Cc:** Gregory Hillyer <ghillyer@hillyerlegal.com>

**Subject:** ThermoLife v. Hi-Tech -- Defendants' Technical Expert

Tim,

Further to your request, please find below an outline of our proposal regarding the handling of the new technical expert in light of the passing of Dr. Steve Bannister.

- Defendants will select a new technical expert
- The new expert will be provided with Dr. Steve Bannister's reports, the relevant materials cited therein, the expert reports of ThermoLife's expert, Dr. Thomas Bannister

and the relevant materials cited therein
- The new expert will adopt the prior opinions of Dr. Steve Bannister as expressed in the three Bannister reports
- The new expert will generate three expert reports which will be identical to Dr. Bannister's except in those instances which are specific to the expert himself (i.e., name, bio, resume, prior testimony, publications etc.)
- ThermoLife will be given an opportunity to depose the new expert at a mutually agreeable date and time
- The parties will stipulate that the new expert shall act and be treated as an original expert in the case
- The parties will stipulate that Dr. Steve Bannister's prior reports, opinions and testimony shall not be used at trial
- The parties shall cooperate to prepare and file with the court a proposed stipulation outlining the above and requesting approval for same once agreement is reached

We look forward to your comments.


Best,
Nick


**Nicholas J. Sullivan**
Associate
HILLYER LEGAL, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015
(202) 686-2884
www.hillyerlegal.com



| | |
|---|---|
| **From:** | Timothy Devlin |
| **To:** | Nick Sullivan |
| **Cc:** | Gregory Hillyer; Timothy Devlin; Joseph Gribbin; Andrew DeMarco |
| **Subject:** | Re: ThermoLife v. Hi-Tech -- Defendants" Technical Expert |
| **Date:** | Saturday, May 2, 2026 9:08:34 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Nick.  Sorry I was traveling in Asia (on flight back now).  Let me check with the team this week and get back to you.  Copying others in so we can get it on an agenda early in the week.

Thanks much,
Tim



**Timothy Devlin**

1526 Gilpin Ave, Wilmington, DE 19806

📱 (302) 388-0638

**From:** Nick Sullivan <nsullivan@hillyerlegal.com>

**Date:** Tuesday, April 28, 2026 at 4:25 PM

**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>

**Cc:** Gregory Hillyer <ghillyer@hillyerlegal.com>

**Subject:** RE: ThermoLife v. Hi-Tech -- Defendants' Technical Expert

Tim,

Following up here. It has been about 2 weeks since we made our proposal, so can you please let us have your comments at your earliest convenience?

Best,
Nick

**Nicholas J. Sullivan**
**Associate**
HILLYER LEGAL, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015
(202) 686-2884
www.hillyerlegal.com



**From:** Nick Sullivan

**Sent:** Monday, April 13, 2026 2:31 PM

**To:** Timothy Devlin <tdevlin@devlinlawfirm.com>

**Cc:** Gregory Hillyer <ghillyer@hillyerlegal.com>
**Subject:** ThermoLife v. Hi-Tech -- Defendants' Technical Expert

Tim,

Further to your request, please find below an outline of our proposal regarding the handling of the new technical expert in light of the passing of Dr. Steve Bannister.

- Defendants will select a new technical expert
- The new expert will be provided with Dr. Steve Bannister's reports, the relevant materials cited therein, the expert reports of ThermoLife's expert, Dr. Thomas Bannister and the relevant materials cited therein
- The new expert will adopt the prior opinions of Dr. Steve Bannister as expressed in the three Bannister reports
- The new expert will generate three expert reports which will be identical to Dr. Bannister's except in those instances which are specific to the expert himself (i.e., name, bio, resume, prior testimony, publications etc.)
- ThermoLife will be given an opportunity to depose the new expert at a mutually agreeable date and time
- The parties will stipulate that the new expert shall act and be treated as an original expert in the case
- The parties will stipulate that Dr. Steve Bannister's prior reports, opinions and testimony shall not be used at trial
- The parties shall cooperate to prepare and file with the court a proposed stipulation outlining the above and requesting approval for same once agreement is reached

We look forward to your comments.

Best,
Nick

**Nicholas J. Sullivan**
**Associate**
HILLYER LEGAL, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015
(202) 686-2884
www.hillyerlegal.com

