**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | ) | |
| | ) | |
| | ) | **1:15-cv-00892-ELR** |
| Plaintiff, | ) | **(Lead Case)** |
| | ) | 1:15-cv-00893-ELR |
| v. | ) | 1:15-cv-00894-ELR |
| | ) | |
| HI-TECH PHARMACEUTICALS, INC., JARED WHEAT, ADVANCED PERFORMANCE SUPPLEMENTS NUTRITION, INNOVATIVE LABORATORIES AND PRIME NUTRITION, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | / | |

**ORDER GRANTING MOTION FOR LEAVE TO**
**SUBSTITUTE EXPERT WITNESS**

This matter came before the Court pursuant to Defendants' Motion for Leave to Substitute Expert Witness ("Motion").

Having reviewed the Motion and otherwise being fully advised in the premises, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED that Defendants are granted leave to designate a new expert witness, provide an expert report and allow his deposition to be taken outside of the original scheduling deadlines under the terms set forth in the Motion.

2

DONE AND ORDERED this 23rd day of June, 2026.

_The Honorable Eleanor L. Ross_
The Honorable Eleanor L. Ross
United States District Judge

2